OCTOBER 10, 1960.

No. 60.  POE ET AL. *v.* ULLMAN, STATE'S ATTORNEY; and
No. 61.  BUXTON *v.* ULLMAN, STATE'S ATTORNEY. Appeals from the Supreme Court of Errors of Connecticut. (Probable jurisdiction noted, 362 U. S. 987.)  The motion to postpone the oral argument is granted.  The motion of Planned Parenthood Federation of America, Inc., for leave to file brief, as *amicus curiae,* is granted.  MR. JUSTICE FRANKFURTER took no part in the consideration or decision of these motions.  *Albert L. Coles,* Attorney General of Connecticut, for appellee.  *Morris L. Ernst, Harriet F. Pilpel* and *Nancy F. Wechsler* for Planned Parenthood Federation of America, Inc.